## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Manuel S., | Civ. No. 26-254 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, in her capacity as Secretary for the United States Department of Homeland Security; David Easterwood, Field Office Director of St. Paul, Immigration and Customs Enforcement, in his official capacity; and Pamela Bondi, in her official capacity as the Attorney General of the United States, | |
| Respondents. | |

**IT IS HEREBY ORDERED that**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than **January 16, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.     A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims;

      c.     Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.     Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from <u>Adbirahmaan G. v. Noem</u>, Civ. No. 26-35 (PAM/SGE) (D. Minn. Jan. 14, 2026).

3.     If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 20, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.     To the extent Petitioner seeks a temporary restraining order (Docket No. 2) prohibiting his transfer or removal during his Petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: <u>January 15, 2026</u>                      *s/ Paul A. Magnuson*
                                                       Paul A. Magnuson
                                                       United States District Court Judge