UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Manuel S., | Civ. No. 26-254 (PAM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, in her capacity as Secretary for the United States Department of Homeland Security; David Easterwood, Field Office Director of St. Paul, Immigration and Customs Enforcement, in his official capacity; and Pamela Bondi, in her official capacity as the Attorney General of the United States, | |
| Respondents. | |

This matter is before the Court on Petitioner Manuel S.'s Motion to Disqualify District Judge and his second Motion for Extension of Time. (Docket Nos. 15, 16.)

First, Petitioner asks the Court to recuse in this matter, as the Court previously recused in a different case in which one of Petitioner's attorneys entered an appearance. The Court denies this request.

Second, Petitioner requests an additional day to file a reply brief in this matter. The Court finds that an extension is warranted.

**IT IS HEREBY ORDERED that:**

1. Petitioner Manuel S.'s Motion to Disqualify Judge (Docket No. 15) is **DENIED**; and

2. Petitioner Manuel S.'s second Motion for Extension of Time (Docket No. 16) is **GRANTED** and he may submit a reply on or before January 26, 2026.

Dated: <u>January 23, 2026</u>　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge